IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARD OF TRUSTEES, ROOFERS UNION LOCAL 30 COMBINED HEALTH AND WELFARE FUND, et al. : : : : Plaintiffs, : : v. : : LIBERTY MUTUAL INSURANCE COMPANY, : : Defendant. : | CIVIL ACTION NO. 15-2820 |

## ORDER

**AND NOW**, this *14th* day, of *July*, 2015, upon consideration of Defendant Liberty Mutual Insurance Company's Motion to Dismiss or, In the Alternative, Motion to Strike Claim for Bad Faith and Attorneys' Fees (Docket No. 4), and the Response by Plaintiffs Board of Trustees, Roofers Union Local 30 Combined Health and Welfare Fund, et al. (Docket No. 6), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Paragraph Twenty-Four (24) of the Complaint is **STRICKEN**.

2. Plaintiffs' claim for bad faith and related attorneys' fees is **DISMISSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.